Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Tatiana Semerjian Nunneri (Bar No. 300493)
tnunneri@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
CIGNA LIFE INSURANCE CO. OF NEW YORK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES COLE, | Case No. 3:18-cv-07373-EMC |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION AND [PROPOSED] ORDER THEREON** |
| vs. | |
| CIGNA LIFE INSURANCE COMPANY OF NEW YORK and SCHOLASTIC INC. LONG-TERM DISABILITY PLAN, | Judge: Edward M. Chen |
| Defendant. | Complaint Filed: December 6, 2018 |

IT IS HEREBY STIPULATED, by and between Plaintiff CHARLES COLE and Defendant CIGNA LIFE INSURANCE COMPANY OF NEW YORK, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each Party shall bear his or its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

The Parties seek the Court's approval of the dismissal of the action with prejudice.

///

///

///

**IT IS SO STIPULATED.**

Dated: November 6, 2019        Margo Elizabeth Hasselman Greenough
                               Kirsten Gibney Scott
                               Teresa Susan Renaker
                               RENAKER HASSELMAN SCOTT LLP


                               By:  */s/ Margo Elizabeth Hasselman Greenough*
                                    Margo Elizabeth Hasselman Greenough
                                    Attorneys for Plaintiff CHARLES COLE

Dated: November 6, 2019        Anna Maria Martin
                               Tatiana Semerjian Nunneri
                               MESERVE, MUMPER & HUGHES LLP



                               By:  */s/ Tatiana Semerjian Nunneri*
                                    Tatiana Semerjian Nunneri
                                    Attorneys for Defendant
                                    CIGNA LIFE INSURANCE COMPANY
                                    OF NEW YORK

## ORDER

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:18-cv-07373-EMC, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: November 7, 2019        _____
                               Hon. Edward M. Chen
                               United States District Judge

LAW OFFICES
MESERVE, MUMPER &
171864.1

2

Case No. 3:18-cv-07373-EDL
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER